# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| **BRANDON L CALLIER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CAUSE NO. EP-23-CV-273-KC** |
| § | |
| **OPTIMUM SOLAR USA and** § | |
| **MISAEL GUZMAN,** § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. Plaintiff filed a Corrected Motion for Default Judgment ("Motion"), ECF No. 12, on January 22, 2024. On April 9, 2024, the Court denied Plaintiff's Motion. Apr. 9, 2024, Order 4, ECF No. 14. The Court further ordered "that Plaintiff may file a First Amended Complaint no later than April 23, 2024," and warned that "[if] Plaintiff does not timely file a First Amended Complaint, the Court will dismiss the case." *Id.* (emphasis omitted).

That date has now passed, and Plaintiff has not filed a First Amended Complaint. Accordingly, it is **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED**.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 24th day of April, 2024.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE